IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAPHON CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>JUNIPER NETWORKS, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 10-01412 JSW<br><br>***SUA SPONTE* REFERRAL ORDER AND ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Pursuant to Northern District Civil Local Rule 3-12(c), the Court ORDERS that the above-captioned case is referred to Judge Sandra B. Armstrong to determine whether it is related to *GraphOn Corporation v. Juniper Networks, Inc., et al.*, Case No. 10-cv-384 SBA.

The case management conference scheduled before the undersigned on August 13, 2010 at 1:30 p.m. is HEREBY VACATED and shall be reset when necessary. The motion to stay that has been noticed for hearing on September 17, 2010, shall remain on calendar pending Judge Armstrong's decision as to whether these cases are related.

**IT IS SO ORDERED.**

Dated: August 9, 2010

                                                          JEFFREY S. WHITE<br>                                                          UNITED STATES DISTRICT JUDGE