WATSON ROUNDS
Michael D. Rounds (California Bar No. 133972)
Melissa P. Barnard (pro hac vice)
Adam K. Yowell (pro hac vice)
One Market-Steuart Tower Suite 1600
San Francisco, CA 94105
Telephone: (415) 243-4090
Fax: (415) 243-0226
Email: mrounds@watsonrounds.com
       mbarnard@watsonrounds.com
       ayowell@watsonrounds.com

*Attorneys for Plaintiff*
GraphOn Corporation


IRELL &MANELLA LLP
Morgan Chu
David C. McPhie
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
E-mail: mchu@irell.com
      dmcphie@irell.com

*Attorneys for Defendants*
Juniper Networks Inc., and Juniper Networks (US), Inc.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAPHON CORPORATION, a Delaware corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>JUNIPER NETWORKS, INC., a Delaware corporation, and JUNIPER NETWORKS (US), INC., a California corporation,<br><br>        Defendants. | Case No. 3:10-CV-01412-JSW<br><br>**STIPULATION TO DISMISS WITHOUT PREJUDICE** |

Pursuant to Civil Local Rule 7-12 of the United States District Court for the Northern District of California and Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, Plaintiff GraphOn Corporation ("GraphOn") and Defendants Juniper Networks, Inc., and Juniper Networks (US), Inc. (collectively "Juniper"), through their attorneys of record, hereby stipulate to the dismissal of all claims and counterclaims related to patent infringement of United States Patent No. 7,383,573 without prejudice.

Dated:  September 24, 2010

By: /s/ Michael D. Rounds
Michael D. Rounds
Melissa P. Barnard (*Pro Hac Vice*)
Adam K. Yowell *(Pro Hac Vice)*
WATSON ROUNDS
One Market-Steuart Tower Suite 1600
San Francisco, CA 94105
Telephone:  (415) 243-4090
Fax:             (415) 243-0226
Email:  mrounds@watsonrounds.com
Email:  mbarnard@watsonrounds.com

*Attorneys for Plaintiff GraphOn Corporation*

Dated:  September 24, 2010

By: /s/ David C. McPhie           .
David C. McPhie
Morgan Chu
IRELL &MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
E-mail: mchu@irell.com
             dmcphie@irell.com

*Attorneys for Defendants Juniper Networks, Inc. and Juniper Networks (US), Inc.*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: September 28, 2010

_____
The Honorable Jeffrey S. White
United States District Court Judge